■ HARRY A. SHARPE v. EMPIRE STATE MUTUAL SALES, INC., et al.— Motion for leave to appeal as a poor person denied with leave, however, to renew on a better showing of merits and lack of assets or income. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ ANN MANN, Also Known as SHAINDEL MANN and SHAINDEL M. LIBMAN, v. PAUL MANN, Also Known as YISROL P. M. LIBMAN.— Motion for a stay and for other relief granted on condition that the defendant-appellant continues to pay to the plaintiff-respondent the sum of $100 per week and on the further condition that the appellant procures the record on appeal and appellant's points to be served and filed on or before May 25, 1961, with notice of argument for June 6, 1961, said appeal to be argued or submitted when reached. That branch of the motion seeking to dispense with the printing in the record on appeal of the testimony and exhibits before the Official Referee is granted on condition that the original stenographic transcript of the testimony taken at the hearings before the Official Referee and the exhibits are filed with this court on or before May 25, 1961. In all other respects, the motion is denied. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ .

■ In the Matter of the Estate of JAMES MANGANARO, Deceased. NINA D. ORTO; THOMAS DE ROSA.— Motion to dismiss appeal for failure to prosecute granted, with $10 costs. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ In the Matter of the Probate of the Will of HERMAN CARPEN, Deceased. MURRAY CARPEN; DAVID M. POTTS.— Motion to dispense with printing granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellant's points, on condition that the appellant serves one copy of the typewritten or mimeographed appellant's points upon the attorney for proponent-respondent and files 6 typewritten or 19 mimeographed copies of appellant's points, together with the original record, with this court and on the further condition that appellant files an undertaking in the sum of $250 as required by section 298 of the Surrogate's Court Act. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ (A) JOHN A. STEPHEN, Formerly Known as HANS AUGSTEIN, et al., v. ZIVNOSTENSKA BANKA NATIONAL CORPORATION. (B) EDWIN B. WOLCHOK, as Receiver of ZIVNOSTENSKA BANKA NATIONAL CORPORATION v. STATNI BANKA CESKOSLOVENSKA, Also Known as STATE BANK OF CZECHOSLOVAKIA.— Motion by the United States of America for leave to file a brief granted and movant is permitted to file a brief amicus curiæ on or before the Wednesday preceding the first day of the term for which the appeal is noticed for argument. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.

■ In the Matter of the Final Accounting of BONNIE BOURNE et al., as Executors of SAUL H. BOURNE, Deceased. MARY M. BOURNE, Also Known as BONNIE BOURNE, Appellant; MARY E. KEEDICK, Also Known as BEEBE BOURNE, et al., Respondents.— Order entered on April 17, 1961, denying appellant's motion for an order directing executors Mary E. Keedick and Joseph Trachtman to accept the U. S. Treasury Department's presently proposed valuation of $3,450,000 of the estate-owned music publishing corporations as of the time of decedent's death, or, in the alternative, directing the removal of any executor failing and refusing to comply with the Surrogate's direction, unanimously affirmed, with costs to all parties filing briefs, payable out of the estate. No opinion. Concur — Botein, P. J., Breitel, Stevens, Eager and Bergan, JJ.